# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Warren Pendleton, et al.

                    Plaintiff,

v.                                             Case No.: 1:20–cv–02236
                                                          Honorable Manish S. Shah

Thomas Dart, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 17, 2020:

      MINUTE entry before the Honorable Manish S. Shah: Plaintiffs' motion to dismiss [20] is granted. This case is voluntarily dismissed, without prejudice. Defendant's motion to dismiss [19] is terminated as moot. Enter judgment and terminate case. If plaintiffs' counsel files a new case with proper plaintiffs bringing effectively the same claim, counsel must designate the new case as a related case to this one. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.